**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Barbara Camacho, et.al.
     Plaintiffs

         V.

Professional Debt Mediation, et.al.
     Defendants

CIVIL ACTION

NO. 1:11-cv-12237-JLT

**SETTLEMENT ORDER OF DISMISSAL**

TAURO, D. J.

The Court having been advised on January 27, 2012, by counsel for the parties that the above action has been settled:

IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 30 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                                        By the Court,

Janaury 30, 2012                               /s/ Zita Lovett

    Date                                            Deputy Clerk